**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS  DIVISION**

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:20-CV-0702-S

2. Style of case: DAVID NITISHIN (DECEASED) vs BIGELOW ARIZONA TX-372 LP ET AL

3. Nature of suit:  EMPLOYMENT; DISABILITY DISCRIMINATION.

4. Method of ADR used:   **X Mediation**         ☐Mini-Trial          ☐ Summary Jury Trial

5. Date ADR session was held:

6. Outcome of ADR (*Select one*):

   ☒ Parties did not use my services. Case settled prior to Mediation.      ☐ Settled, in part, as result of ADR
   ☐ Settled as a result of ADR.                      ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $.00

8. Duration of ADR:   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   N/A – NO MEDIATION, NO ATTENDEES
   KATHY FRAGNOLI, MEDIATOR

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

   /s/Kathy Fragnoli                              September 23, 2021
   Signature                                      Date

   4514 Cole Avenue, Dallas, TX 75205-4181        (214)528-1411
   Address                                        Telephone